[DO NOT PUBLISH]

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**
_____

No. 08-13979
Non-Argument Calendar
_____

D.C. Docket No. 07-00331-CR-J-25TEM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 1, 2009
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GWENDA F. GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida
_____

(April 1, 2009)

Before CARNES, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Maurice Grant, appointed counsel for Gwenda Green in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Green's conviction and sentence are **AFFIRMED**.